Emory SEXTON, Etc., Libelant-Appellee, v. The STEAMSHIP CITY OF ATLANTA, Her Engines, Etc., et al., Claimant-Respondent-Appellant (And One Other Case).

Nos. 149, 152.

Circuit Court of Appeals, Second Circuit.

Jan. 18, 1932.

Haight, Smith, Griffin & Deming, of New York City (Charles S. Haight, Henry M. Hewitt, and Charles S. Haight, Jr., all of New York City of counsel), for appellant.

Crowell & Rouse, of New York City (E. Curtis Rouse, of New York City, of counsel), for appellee Sexton.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree [56 F. (2d) 432] affirmed.